LUDWIG FRANK, Appellant, v. CAMILLE ELGER, as Executrix, etc., of HARRY ELGER, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

In the Matter of the Mechanic's Lien upon the Real Property Claimed by FRED W. MORTAN, Appellant, v. GUISEPPE MARINO, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and application denied, with ten dollars costs, with leave to respondent to renew his application upon proof that no *lis pendens* has been filed in the action alleged in appellant's affidavit. If such *lis pendens* has in fact been filed the lien cannot be canceled; if not, it is within the discretion of the Special Term whether or not under all the facts appellant's lien should be canceled. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

EVA KOENIGSBERG, as Executrix, etc., of LENA HALPERN, Deceased, Respondent, v. DAVES BECKER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

MARION MIRANDA, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

IDA A. MOLLENHAUER and Another, Appellants, v. E. MADELINE WOLFE and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JAMES J. NEWMAN, Respondent, v. JOHN F. WALSH, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

GEORGE PARKES, JR., an Infant, by GEORGE PARKES, His Guardian ad Litem, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HARPER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. The information in this case is essentially different from the information in *People* v. *Hickey* (202 App. Div. 847) and the uncontradicted evidence abundantly established the guilt of the defendant. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH L. CUOZZO, Appellant, v. WALTER M. TAUSSIG, Mayor of the City of Yonkers, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

SAMUEL SBAR, Respondent, v. JOSEPH FERTEL and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JOSEPH W. SINNOTT, Respondent, v. METALS AND COMMERCE CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

WASYL TYZNIK, as Administrator, etc., of KATIE TYZNIK, Deceased, Respond-